IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
MICHIGAN

In re:                                             Chapter 11

TOWN CENTER FLATS, LLC,                Case No. 15-41307

                         Debtor.                      Hon. Walter Shapero
_____/

**APPEARANCE OF LEITESS FRIEDBERG PC**
**AND REQUEST FOR SERVICE OF PAPERS**

       Please take notice that Jeremy S. Friedberg of Leitess Friedberg PC hereby appears in the above-captioned case as counsel for ECP COMMERCIAL II LLC, and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

                          Jeremy S. Friedberg
                          Leitess Friedberg PC
                          10451 Mill Run Circle, Suite 1000
                          Baltimore, MD 21117
                          Telephone: (410) 581-7400
                          Facsimile: (410) 581-7410
                          Email: jeremy.friedberg@lf-pc.com;
                                    ecf@lf-pc.com

       Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

       Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

LEITESS FRIEDBERG PC

By: /s/ Jeremy S. Friedberg
    Jeremy Friedberg
    10451 Mill Run Circle,
    Suite 1000
    Baltimore, MD 21117
    Telephone: (410) 581-7400
    Facsimile: (410) 581-7410
    Email: jeremy.friedberg@lf-pc.com

Counsel for ECP COMMERCIAL II LLC

## CERTIFICATE OF SERVICE

I CERTIFY THAT a true and correct copy of the foregoing Notice of Appearance was filed via the court's electronic filing system which will send electronic notice to all interested parties this 3rd day of February, 2015.

                */s/ Jeremy S. Friedberg*
                Jeremy S. Friedberg